1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| $23,696.90 IN UNITED STATES CURRENCY | ) |
| SEIZED FROM BANK OF AMERICA | ) |
| CHECKING ACCOUNT NUMBER 5010 0047 | ) |
| 0087 IN THE NAME OF BARBARA JELINSKY | ) |
| AND MICHAEL JELINSKY, 89 TAPADERO | ) |
| LANE, LAS VEGAS, NV 89135, LOCATED AT | ) |
| BANK OF AMERICA, 300 S. 4TH STREET, LAS | ) |
| VEGAS, NEVADA 89101, | ) |
| | ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED APPLICATION TO EXTEND
THE TIME TO FILE A CIVIL COMPLAINT FOR FORFEITURE IN REM AGAINST
THE $23,696.90 IN UNITED STATES CURRENCY**
**(First Request)**

The United States of America ("United States"), by and through Gregory A. Brower, United States Attorney, and Daniel D. Hollingsworth, Assistant United States Attorney, and Barbara Jelinsky ("Jelinskys"), by and through her counsel, Gerald B. Lefcourt, and Michael Jelinsky ("Jelinskys"), by and through his counsel, Richard Barnett, respectfully apply for an extension of time until and including May 30, 2008, pursuant to 18 U.S.C. § 983(a)(3)(A), for the United States to file a Civil

1 Complaint For Forfeiture In Rem against the $23,696.90 in United States Currency.  The Complaint
2 is currently due April 3, 2008.
3       The grounds for this unopposed application are counsel for the United States and counsel for
4 the Jelinskys have agreed to the extension.
5       This Unopposed Application is made and is based on this Unopposed Application and the
6 attached Memorandum of Points and Authorities.
7       DATED this 7th day of March, 2008.

                                    GREGORY A. BROWER
                                    United States Attorney


                                    /s/DanielDHollingsworth
                                    DANIEL D. HOLLINGSWORTH
                                    Assistant United States Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. Statement Of Facts**

On or about October 11, 2007, the Immigration and Customs Enforcement ("ICE") in Las Vegas, Nevada executed a seizure warrant on Bank of America and seized US$23,696.90.

On or about December 4, 2007, the Customs and Border Protection Office of Fines, Penalties & Forfeitures ("FP&F") mailed notice of seizure certified return receipt requested.

On January 4, 2008, FP&F received a claim requesting judicial action from Michael Jelinsky.

On January 7, 2008, FP&F received a claim requesting judicial action from Barbara Jelinsky.

On March 6, 2008, Gerald B. Lefcourt, Barbara Jelinsky's attorney, and Richard Barnett, Michael Jelinsky's attorney, agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court. Gerald B. Lefcourt and Richard Barnett need time to discuss the case with the Jelinskys.

**II. ARGUMENT**

This Court should grant this application for an extension of time to file the Civil Complaint For Forfeiture In Rem against the $23,696.90 in United States Currency under 18 U.S.C. § 983(a)(3)(A), which states:

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture In Rem. On March 6, 2006, counsel for the Jelinskys agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court. Because the parties have agreed to the extension of time to file a Civil Complaint For Forfeiture In Rem, this Court should extend the time.

This Unopposed Application is not submitted solely for the purpose of delay or for any other improper purpose.

**II. Conclusion**

      This Court should grant an extension of time until May 30, 2008, pursuant to § 983(a)(3)(A), for the United States to file a Civil Complaint For Forfeiture In Rem against the $23,696.90 in United States Currency because the United States and counsel for the Jelinskys have agreed to the extension of time.

      DATED this 7th day of March, 2008.

                                                Respectfully submitted,

                                                GREGORY A. BROWER
                                                United States Attorney

                                                /s/DanielDHollingsworth
                                                DANIEL D. HOLLINGSWORTH
                                                Assistant United States Attorney

                                                IT IS SO ORDERED.

                                                _____
                                                LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE

                                                DATED:  March 27, 2008