# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CV-00296-LRH (RJJ) |
| ) | |
| $23,696.90 IN UNITED STATES CURRENCY ) SEIZED FROM BANK OF AMERICA ) CHECKING ACCOUNT NUMBER 5010 0147 ) 0087 IN THE NAME OF BARBARA JELINSKY ) AND MICHAEL JELINSKY, 89 TAPADERO ) LANE, LAS VEGAS, NV 89135, LOCATED AT ) BANK OF AMERICA, 300 S. 4TH STREET, LAS ) VEGAS, NEVADA 89101, ) ) | |
| Defendant. ) | |

**THE UNITED STATES OF AMERICA'S UNOPPOSED APPLICATION TO EXTEND THE TIME TO FILE A CIVIL COMPLAINT FOR FORFEITURE IN REM AGAINST THE $23,696.90 IN UNITED STATES CURRENCY AND ORDER**
**(Third Request)**

The United States of America ("United States"), by and through Gregory A. Brower, United States Attorney, and Daniel D. Hollingsworth, Assistant United States Attorney, and Barbara Jelinsky ("Jelinskys"), by and through her counsel, Gerald B. Lefcourt, and Michael Jelinsky ("Jelinskys"), by and through his counsel, Richard Barnett, respectfully apply for a third extension of time until and including September 17, 2008, pursuant to 18 U.S.C. § 983(a)(3)(A), for the United States to file a

1 Civil Complaint For Forfeiture In Rem against the $23,696.90 in United States Currency. The
2 Complaint is currently due August 1, 2008.
3    The grounds for this unopposed application are counsel for the United States and counsel for
4 the Jelinskys have agreed to the extension.
5    This Unopposed Application is made and is based on this Unopposed Application and the
6 attached Memorandum of Points and Authorities.
7    DATED this 22nd day of July, 2008.

8                                                     GREGORY A. BROWER
                                                    United States Attorney
9

10
                                                    /s/DanielDHollingsworth
11                                                     DANIEL D. HOLLINGSWORTH
                                                    Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  Statement Of Facts**

On or about October 11, 2007, the Immigration and Customs Enforcement ("ICE") in Las Vegas, Nevada executed a seizure warrant on Bank of America and seized US$23,696.90.

On or about December 4, 2007, the Customs and Border Protection Office of Fines, Penalties & Forfeitures ("FP&F") mailed notice of seizure certified return receipt requested.

On January 4, 2008, FP&F received a claim requesting judicial action from Michael Jelinsky.

On January 7, 2008, FP&F received a claim requesting judicial action from Barbara Jelinsky.

On March 6, 2008, Gerald B. Lefcourt, Barbara Jelinsky's attorney, and Richard Barnett, Michael Jelinsky's attorney, agreed to the first extension of time and authorized counsel for the United States to file the Unopposed Application with this Court.  Gerald B. Lefcourt and Richard Barnett needed time to discuss the case with the Jelinskys.

On or about May 2, 2008, Gerald B. Lefcourt, Barbara Jelinsky's attorney, and Richard Barnett, Michael Jelinsky's attorney, agreed to the second extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.  The United States, Gerald B. Lefcourt and Richard Barnett needed time to see if the case with the Jelinskys could be resolved.

On or about July 21, 2008, Michael Pancer on behalf of Gerald B. Lefcourt, Barbara Jelinsky's attorney, and Richard Barnett, Michael Jelinsky's attorney, agreed to the third extension of time and authorized counsel for the United States to file this Unopposed Application with this Court. The United States, Gerald B. Lefcourt and Richard Barnett need more time to see if the case with the Jelinskys can be resolved.

**II.  ARGUMENT**

This Court should grant this application for an extension of time to file the Civil Complaint For Forfeiture In Rem against the $23,696.90 in United States Currency under 18 U.S.C. § 983(a)(3)(A), which states:

. . .

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture In Rem. On or about July 21, 2008, counsel for the Jelinskys agreed to the third extension of time and authorized counsel for the United States to file this Unopposed Application with this Court. Because the parties have agreed to the extension of time to file a Civil Complaint For Forfeiture In Rem, this Court should extend the time.

This Unopposed Application is not submitted solely for the purpose of delay or for any other improper purpose.

**III. Conclusion**

This Court should grant an extension of time until September 17, 2008, pursuant to § 983(a)(3)(A), for the United States to file a Civil Complaint For Forfeiture In Rem against the $23,696.90 in United States Currency because the United States and counsel for the Jelinskys have agreed to the extension of time.

DATED this 22nd day of July, 2008.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

/s/DanielDHollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED this 26th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE